August 27, 2010

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042

Mr. Juan A. Magallanes
Magallanes & Hinojosa, P.C.
1713 Boca Chica Blvd.
Brownsville, TX 78520
Honorable Benjamin Euresti
Judge, 107th District Court
974 E. Harrison
Brownsville, TX 78520

RE: Case Number: 08-0995
 Court of Appeals Number: 13-08-00136-CV
 Trial Court Number: 2006-06-2741-G

Style: IN RE COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY
 REGIONAL MEDICAL CENTER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
|cc:|Ms. Aurora De La |
| |Garza |
| |Ms. Dorian E. |
| |Ramirez |
| |Mr. Ronald G. Hole |
| |Mr. W. Richard |
| |Wagner |
| |Mr. Steven M. |
| |Gonzalez |
| |Mr. Marion R. Lawler|
| |III |
| |Mr. Jeffrey D. |
| |Roerig |
| |Mr. Reagan W. |
| |Simpson |
| |Ms. Amy J. |
| |Schumacher |